**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | <u>Betty Jean Summitt   FKA Betty Jean Swanstone</u> |
| Debtor 2<br>(Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: <u>Western</u> District of <u>Missouri</u> | |
| Case number | <u>25-50027-can13</u> |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Iowa Bankers Mortgage Corporation

**Name of creditor:** _____    **Court claim no**. (if known): <u>6</u>

**Last 4 digits** of any number you use to identify the debtor's account:    <u>9</u>   <u>8</u>   <u>9</u>   <u>2</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

---

**Part 1:**   **Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 02/13/2025 | (5) | $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

MS 218342

Debtor 1 <u>Betty Jean Summitt   FKA Betty Jean Swanstone</u>   Case number (*if known*) <u>25-50027-can13</u>
    First Name     Middle Name     Last Name

---

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗** <u>*/s/ Eva Marie Kozeny*</u>        Date <u>04/07/2025</u>
       Signature

Print:     <u>Eva Marie Kozeny, #40448</u>     Title   <u>Attorney for Creditor</u>
       First Name     Middle Name     Last Name

Company    <u>Millsap & Singer, LLC</u>

Address    <u>612 Spirit Drive</u>
       Number     Street
       <u>St. Louis       MO    63005</u>
       City     State     ZIP Code

Contact phone   <u>636-537-0110</u>        Email <u>bkty@msfirm.com</u>

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| In The Matter Of: )<br><br>Betty Jean Summitt )<br>  FKA Betty Jean Swanstone )<br> )<br> )<br><br>Debtor, )<br> )<br>Iowa Bankers Mortgage Corporation )<br> )<br>Creditor, )<br> ) | Case Number 25-50027-can13<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 7, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a first class, postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Eva Marie Kozeny*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Errin P. Stowell

Richard Fink

Office of the United States Trustee

MS 218342.454596 BK

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Betty Jean Summitt
601 Main Street
Dearborn, MO 64439

MS 218342.454596 BK